# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ACQUINETTA LUMZY,**

    **Plaintiff,**

**v.**                                         **Case No. 3:13cv516/RS/CJK**

**SELECT SPECIALTY HOSPITAL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This employment discrimination case is before the court upon referral from the clerk. Plaintiff, proceeding *pro se*, commenced this action on September 20, 2013, by filing a complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. (Doc. 1). On October 31, 2013, the court entered an order directing plaintiff to file a second amended complaint within thirty days. (Doc. 7). Plaintiff was warned that failure comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the court's December 11, 2013 order (doc. 8) requiring her to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE under Local Rule 41.1(B) for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 7th day of January, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).