IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ACQUINETTA LUMZY,

    Plaintiff,

v.                                CASE NO. 3:13-cv-516-RS-CJK

SELECT SPECIALTY HOSPITAL,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** under Local Rule 41.1(B) for Plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**ORDERED** on February 7, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**